**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL TITUS,<br><br>                Defendant. | 2:11-cr-00439-PMP-VCF<br><br>**<u>ORDER</u>** |

     Before the Court is Defendant Michael Titus' Motion to Reopen Detention Proceeding Pursuant to Title 18 U.S.C. §3142(f) (dkt. 14).

     IT IS HEREBY ORDERED that the hearing on Defendant Michael Titus' Motion to Reopen Detention Proceeding Pursuant to Title 18 U.S.C. §3142(f) (dkt. 14) is scheduled for Tuesday, February 28, 2012 at 3:30 p.m. in Courtroom 3A. The opposition shall be due on or before Friday, February 24, 2012. No written reply will be required.

     DATED this 21st day of February, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE